QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Frederick A. Lorig (Bar No. 057645)
  fredericklorig@quinnemanuel.com
  Sidford L. Brown (Bar No. 107196)
  sidfordbrown@quinnemanuel.com
  Bruce R. Zisser (Bar No. 180607)
  brucezisser@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Litton Systems, Inc.

WAGNER, ANDERSON & BRIGHT LLP
  Patrick F. Bright (Bar No. 68709)
  pbright@BrightPatentLaw.com
3541 Ocean View Boulevard
Glendale, CA 91208
Telephone: (818) 249-9300
Facsimile: (818) 249-9335

Attorneys for The Board of Trustees of the Leland Stanford Junior University

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, a California Non-Profit Organization; and LITTON SYSTEMS, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TYCO INTERNATIONAL LTD., a Bermuda Corporation; et al.<br><br>Defendants. | CASE NO. Cv-00-10584-TJH-(RCx)<br>Hearing Date: October 20, 2008<br>Courtroom: 17<br>Judge: Hon. Terry J. Hatter, Jr.<br>Final Pretrial Conf.: October 6, 2008<br>Trial Date: Not Set<br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
2        PLEASE TAKE NOTICE that on October 20, 2008 or as soon
3  thereafter as the matter may be heard in the above-entitled Court, located at 312
4  North Spring Street, Los Angeles, California, plaintiffs Litton Systems, Inc. and The
5  Board of Trustees of the Leland Stanford Junior University will, and do hereby,
6  move, pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, for an order
7  granting partial summary judgment of infringement against defendant Pirelli, S.p.A.
8  ("Pirelli").  Upon a proper construction by the Court of the asserted claims of United
9  States Patent No. 4,859,016 (the "'016 patent"), there is no genuine issue of fact as
10 to whether Pirelli infringed the patent.
11       Plaintiffs' motion is made on the following grounds.  In this litigation,
12 Plaintiffs allege that Pirelli manufactured, used, and sold within the United States
13 optical amplifier systems containing devices called erbium-doped fiber amplifiers
14 ("EDFAs") that infringed the '016 patent.  There is no material dispute as to the
15 composition or operation of the EDFAs' in Pirelli's optical amplifier systems.
16       The construction of the claims of the '016 patent is a question of law for
17 this Court to determine.  Under the law governing claim construction, claims 11 and
18 12 of the '016 patent read upon the EDFAs in Pirelli's optical amplifier systems.
19 Accordingly, Pirelli's optical amplifier systems infringed claims 11 and 12 as a
20 matter of law, and partial summary judgment of infringement against Pirelli is
21 appropriate.

20078/2616704.120078/2
16704.1

1

NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT

Plaintiffs' motion is based on this Notice of Motion and Motion; Plaintiffs' Memorandum of Points and Authorities; the separate Statement of Uncontroverted Facts and Conclusions of Law; the Declaration of Mateo Fowler; the Declaration of Shaoul Ezekiel; the Declaration of Ralph Jacobs; the Declaration of David Yurkerwich; all the pleadings and records on file herein; such matters of which the Court may properly take judicial notice; and upon such other evidence or argument as may be received by the Court. This motion is made following the discussions required by Local Rule 7-3, which took place on July 10, 2008 and July 21, 2008.

DATED: August 26, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Sidford L. Brown
Attorneys for Litton Systems, Inc.

DATED: August 26, 2008

WAGNER, ANDERSON & BRIGHT LLP

By _Patrick F. Bright by SLB_
Patrick F. Bright
Attorneys for The Board of Trustees of the
Leland Stanford Junior University

20078/2616704.1 20078/2616704.1

2

NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT