UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, and LITTON SYSTEMS, INC.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>TYCO INTERNATIONAL LTD., et al.<br><br>          Defendants. | Case No.:  CV 00-10584 TJH (RCx)<br><br>ORDER RE UNDER SEAL STIPULATED JUDGMENT AS TO CLAIMS AGAINST DEFENDANT PIRELLI S.p.A.<br>(JS-6) |

ORDER

WHEREAS the Court finds that there being no just reason for delay in entry of a final judgment between Plaintiffs and Defendant Pirelli S.p.A., judgment is hereby entered by the Court pursuant to the terms set forth in the stipulation filed on September 15, 2008 by and between the parties.  All pending motions are hereby moot.

IT IS SO ORDERED.

Dated: September 18, 2008

_____
Terry J. Hatter, Jr.,
Senior United States District Judge

1
[PROPOSED] ORDER RE STIPULATED JUDGMENT AS TO CLAIMS AGAINST DEFT PIRELLI  2:00-CV-10584 TJH.